NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

WADLEIGH, STARR & PETERS, PLLC
Pierre A. Chabot, Admitted Pro hac vice – NHBA # 17606
pchabot@wadleighlaw.com
Elizabeth E. Ewing, Admitted Pro hac vice – NHBA #269009
eewing@wadleighlaw.com
95 Market Street
Manchester, NH 03101
Telephone: (603) 669-4140

ATTORNEY(S) FOR: The Trustees of Dartmouth College

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

DR. JEFFREY ISAACS

Plaintiff(s),

v.

USC KECK SCHOOL OF MEDICINE, et al.

Defendant(s)

CASE NUMBER:

2:19-cv-08000-DSF-RAO

CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  The Trustees of Dartmouth College
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Dr. Jeffrey Isaacs | Plaintiff |
| USC Keck School of Medicine | Defendant |
| Dartmouth Hitchcock Medical Center | Defendant |
| The Trustees of Dartmouth College | Defendant |
| United Educators Insurance | The Trustees of Dartmouth College's insurer |
| New Hampshire Board of Medicine | Defendant |
| University of Southern California | USC Keck School of Medicine is a division of the University of Southern California |
| Gibson Dunn & Crutcher LLP | Defendant |
| John or Jane Doe | Defendant |

10/7/2019
Date

/s/ Kanika D. Corley
Signature

Attorney of record for (or name of party appearing in pro per):

The Trustees of Dartmouth College