James P. Fogelman, SBN 161584
Shannon E. Mader, SBN 235271
Katarzyna Ryzewska, SBN 300386
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
  Los Angeles, California 90071-3197
Telephone: (213) 229-7000
  Facsimile: (213) 229-7520
JFogelman@gibsondunn.com
SMader@gibsondunn.com
KRyzewska@gibsondunn.com

Attorneys for Defendant
Gibson, Dunn & Crutcher, LLP

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. JEFFREY ISAACS,<br><br>                    Plaintiff,<br><br>    v.<br><br>USC KECK SCHOOL OF MEDICINE. GIESEL SCHOOL OF MEDICINE AT DARTMOUTH, DARTMOUTH HITCHCOCK MEDICAL CENTER, NH BOARD OF MEDICINE, GIBSON, DUNN & CRUTCHER, LLP and JOHN or JANE DOE,<br><br>                    Defendants. | CASE NO. 2:19-CV-08000-DSF-RAO<br><br>**DEFENDANT GIBSON, DUNN & CRUTCHER LLP'S NOTICE OF INTERESTED PARTIES**<br><br>Action Filed: Sept. 16, 2019<br>Judge:      Hon. Dale S. Fischer |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Civil Local Rule 7.1-1, the undersigned, counsel of record for Defendant Gibson, Dunn & Crutcher, LLP certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| **Entities or Persons** | **Interest** |
| --- | --- |
| Dr. Jeffrey Isaacs | Plaintiff |
| USC Keck School of Medicine | Defendant |
| Dartmouth Hitchcock Medical Center | Defendant |
| Giesel School of Medicine at Dartmouth | Defendant |
| New Hampshire Board of Medicine | Defendant |
| Gibson, Dunn & Crutcher, LLP | Defendant |
| University of Southern California | USC Keck School of Medicine is a division of the University of Southern California. |

Dated: October 7, 2019       GIBSON, DUNN & CRUTCHER LLP

By: */s/ James P. Fogelman*
         James P. Fogelman

Attorney for Defendant

---

1
DEFENDANT GIBSON, DUNN & CRUTCHER, LLP'S NOTICE OF INTERESTED PARTIES