1  James P. Fogelman, SBN 161584
   Shannon E. Mader, SBN 235271
2  Katarzyna Ryzewska, SBN 300386
   GIBSON, DUNN & CRUTCHER LLP
3  333 South Grand Avenue
     Los Angeles, California 90071-3197
4  Telephone: (213) 229-7000
     Facsimile: (213) 229-7520
5  JFogelman@gibsondunn.com
   SMader@gibsondunn.com
6  KRyzewska@gibsondunn.com

Attorneys for Defendant
Gibson, Dunn & Crutcher, LLP

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| DR. JEFFREY ISAACS,<br><br>        Plaintiff,<br><br>    v.<br><br>USC KECK SCHOOL OF MEDICINE. GIESEL SCHOOL OF MEDICINE AT DARTMOUTH, DARTMOUTH HITCHCOCK MEDICAL CENTER, NH BOARD OF MEDICINE, GIBSON, DUNN & CRUTCHER, LLP and JOHN or JANE DOE,<br><br>        Defendants. | CASE NO. 2:19-CV-08000-DSF-RAO<br><br>**JOINDER OF DEFENDANT GIBSON, DUNN & CRUTCHER, LLP IN DEFENDANT USC KECK SCHOOL OF MEDICINE'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>**Hearing**<br>Date:     November 25, 2019<br>Time:    1:30 PM<br>Location: Courtroom 7D<br>Judge:   Hon. Dale S. Fischer |

Gibson, Dunn & Crutcher LLP

JOINDER OF DEFENDANT GIBSON, DUNN & CRUTCHER, LLP IN DEFENDANT USC KECK SCHOOL OF MEDICINE'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

1  Defendant Gibson, Dunn & Crutcher, LLP joins in Defendant USC Keck School of Medicine Motion to Dismiss Plaintiff's Complaint, and adopts by reference the arguments and authorities set forth in those Motions, their supporting Memoranda of Points and Authorities, the Requests for Judicial Notice in Support of the Motions, and such other written or oral argument as may be presented.

Dated: October 25, 2019                GIBSON, DUNN & CRUTCHER LLP


By:   */s/ James P. Fogelman*
            James P. Fogelman

Attorney for USC Keck School of Medicine

Gibson, Dunn & Crutcher LLP

1

JOINDER OF DEFENDANT GIBSON, DUNN & CRUTCHER, LLP IN DEFENDANT USC KECK SCHOOL OF MEDICINE'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT