James P. Fogelman, SBN 161584
Shannon E. Mader, SBN 235271
Katarzyna Ryzewska, SBN 300386
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520
JFogelman@gibsondunn.com
SMader@gibsondunn.com
KRyzewska@gibsondunn.com

Attorneys for Defendant
Gibson, Dunn & Crutcher, LLP

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. JEFFREY ISAACS,<br><br>    Plaintiff,<br><br>v.<br><br>USC KECK SCHOOL OF MEDICINE. GIESEL SCHOOL OF MEDICINE AT DARTMOUTH, DARTMOUTH HITCHCOCK MEDICAL CENTER, NH BOARD OF MEDICINE, GIBSON, DUNN & CRUTCHER, LLP and JOHN or JANE DOE,<br><br>    Defendants. | CASE NO. 2:19-CV-08000-DSF-RAO<br><br>**NOTICE OF ERRATA TO GIBSON, DUNN & CRUTCHER, LLP'S FILING OF THE DECLARATION OF KATARZYNA RYZEWSKA IN SUPPORT OF GIBSON, DUNN & CRUTCHER, LLP'S MOTION TO STRIKE** |

Gibson, Dunn & Crutcher LLP

NOTICE OF ERRATA TO GIBSON, DUNN & CRUTCHER, LLP'S FILING OF THE DECLARATION OF KATARZYNA RYZEWSKA IN SUPPORT OF GIBSON, DUNN & CRUTCHER, LLP'S MOTION TO STRIKE

**NOTICE OF ERRATA**

Defendant Gibson, Dunn & Crutcher, LLP ("Gibson Dunn") respectfully submits this errata to docket entry ECF 64-2. The docket entry contains the Declaration of Katarzyna Ryzewska, but was inadvertently filed without Ms. Ryzewska's signature. The concurrently filed declaration contains the missing signature but no other changes. The chamber copies will contain the fully executed version of the declaration.

Dated: November 4, 2019   GIBSON, DUNN & CRUTCHER LLP

By: */s/ James P. Fogelman*
James P. Fogelman

Attorney for USC Keck School of Medicine

1

NOTICE OF ERRATA TO GIBSON, DUNN & CRUTCHER, LLP'S FILING OF THE DECLARATION OF KATARZYNA RYZEWSKA IN SUPPORT OF GIBSON, DUNN & CRUTCHER, LLP'S MOTION TO STRIKE

Gibson, Dunn & Crutcher LLP