James P. Fogelman, SBN 161584
Shannon E. Mader, SBN 235271
Katarzyna Ryzewska, SBN 300386
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520
JFogelman@gibsondunn.com
SMader@gibsondunn.com
KRyzewska@gibsondunn.com

Attorneys for Defendant
Gibson, Dunn & Crutcher, LLP

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. JEFFREY ISAACS,<br><br>Plaintiff,<br><br>v.<br><br>USC KECK SCHOOL OF MEDICINE. GIESEL SCHOOL OF MEDICINE AT DARTMOUTH, DARTMOUTH HITCHCOCK MEDICAL CENTER, NH BOARD OF MEDICINE, GIBSON, DUNN & CRUTCHER, LLP and JOHN or JANE DOE,<br><br>Defendants. | CASE NO. 2:19-CV-08000-DSF-RAO<br><br>**NOTICE OF ERRATA TO GIBSON, DUNN & CRUTCHER, LLP'S MOTION TO STRIKE**<br><br>**Hearing**<br>Date:     January 27, 2020<br>Time:     1:30 p.m.<br>Location: Courtroom 7D<br>Judge:    Hon. Dale S. Fischer |

**NOTICE OF ERRATA**

Defendant Gibson, Dunn & Crutcher, LLP ("Gibson Dunn") respectfully submits this errata to its recently filed Motion to Strike Plaintiff's Complaint (ECF 64). Gibson Dunn withdraws its request that the Court strike Plaintiff's claims for claims for RICO violations and Due Process and First Amendment violations. While these claims are properly the subject of Gibson Dunn's pending Motion to Dismiss (ECF 61), as federal claims, they should not also have been included in Gibson Dunn's Motion to Strike. A corrected version of Gibson Dunn's Motion to Strike Plaintiff's Complaint is attached hereto as Exhibit 1. A redline comparing the Motion to Strike Plaintiff's Complaint (ECF 64) and the corrected version is attached hereto as Exhibit 2.

Dated: November 7, 2019          GIBSON, DUNN & CRUTCHER LLP


By: _____*/s/ James P. Fogelman*_____
           James P. Fogelman

Attorney for Gibson, Dunn & Crutcher, LLP

Gibson, Dunn & Crutcher LLP

1

NOTICE OF ERRATA TO GIBSON, DUNN & CRUTCHER, LLP'S MOTION TO STRIKE