1  Mark J. Austin (SBN 208880)
   E-mail: maustin@bwslaw.com
2  BURKE, WILLIAMS & SORENSEN, LLP
   1851 East First Street, Suite 1550
3  Santa Ana, California 92705-4067
   Tel: 949-863-3363      Fax: 949-863-3350
4
   Keith A Mathews
5  E-mail: keith@aaone.law
   ASSOCIATED ATTORNEYS OF NEW
6  ENGLAND
   1000 Elm Street Suite 803
7  Manchester, NH 03101
   Tel: 603-622-8100      Fax: 888-912-1497
8
   Attorneys for Plaintiff
9  Dr. Jeffrey Isaacs

10

11              UNITED STATES DISTRICT COURT

12              CENTRAL DISTRICT OF CALIFORNIA

13

14 | DR. JEFFREY ISAACS, | Case No. 2:19-cv-08000-DSF-RAO
15 | Plaintiff, | **DECLARATION OF JEFFREY ISAACS IN SUPPORT OF PLAINTIFF'S JOINT OPPOSITION TO:**
16 | v. |
17 | USC KECK SCHOOL OF MEDICINE; GEISEL SCHOOL OF MEDICINE AT DARTMOUTH; DARTMOUTH HITCHCOCK MEDICAL CENTER; NEW HAMPSHIRE BOARD OF MEDICINE; GIBSON, DUNN & CRUTCHER,LLP; and JOHN or JANE DOE, | **(1) SPECIAL MOTION TO STRIKE AND MOTION TO DISMISS FILED BY DEFENDANT GIBSON, DUNN & CRUTCHER, LLP; AND**
18 | |
19 | | **(2) SPECIAL MOTION TO STRIKE FILED BY DEFENDANT USC KECK SCHOOL OF MEDICINE**
20 | |
21 | |
22 | Defendants. | Date:   February 3, 2020
23 | | Time:   1:30 p.m.
   | | Judge:  Hon. Dale S. Fischer
   | | Crtm.:  7D

24

25

26

27

28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SANTA ANA

IRV #4850-4218-4881 v1                        - 1 -

I, Jeffrey Isaacs, declare as follows:

1. I am the plaintiff in this action, over the age of eighteen years and have personal knowledge of the facts set forth in this declaration. If called as a witness I would competently testify as follows.

2. It has never been made clear to me whether the current ban from campus that is imposed against me is a continuation of the ban that was instituted in 2006 by USC, and/or whether James Fogleman and/or Gibson, Dunn & Crutcher unilaterally imposed the ban from campus on me. Niether USC nor Mr. Fogelman have or will inform me of what the ban is based on, so I can only conclude it is a continuation of the 2006 ban, and/or that Gibson, Dunn & Crutcher acted unilaterally in re-imposing the ban on me.

3. I do not believe the SPC faculty voted for a lifelong ban, and if they did, I never saw any record of that. Moreover, USC and I entered into written settlement agreements in 2007 and 2008 which I understood to include a release of any claim and/or ban USC imposed against me.

4. I have been informed by Mr. Fogleman that USC does not have a police department but that its department of public security is a private organization.

5. Attached hereto as Exhibit A are a true and correct copy of emails between me and Mr. Fogleman dated August 3, 2019.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on January 13, 2020, at Wellington, Florida

*Jeffrey D. Isaacs*
Jeffrey Isaacs

# Exhibit A

Gmail - Re: NO TRESPASS LETTER AND USC POLICE REPORT                                8/4/19, 5:31 PM



## Re: NO TRESPASS LETTER AND USC POLICE REPORT

**Fogelman, James P.** <JFogelman@gibsondunn.com>                   Sat, Aug 3, 2019 at 12:19 AM
To: "Jeffrey D. Isaacs" <jeffrey.isaacs.wg03@wharton.upenn.edu>
Cc: "Ryzewska, Kat" <KRyzewska@gibsondunn.com>

You have no right to be on the USC campus. And you have no reason to be there. You asked me if USC or this firm is blocking you from calling a police department. We are not. But that is not the same as appearing in person on USC's campus. USC does not have a police station on campus—it has a private department of public safety. You do not need to access the campus in order to file a police report. Entering USC's campus would be trespassing. JPF

**James P. Fogelman**

## GIBSON DUNN

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197
Tel +1 213.229.7234 • Fax +1 213.229.6234
JFogelman@gibsondunn.com • www.gibsondunn.com


On Aug 2, 2019, at 8:49 PM, Jeffrey D. Isaacs <jeffrey.isaacs.wg03@wharton.upenn.edu> wrote:

[External Email]

I am not asking legal advice. I am asking if your client has lifted their prior instruction to communicate through counsel.
I expect a concrete answer or this will go straight to the judge.
Yes, or no, I am allowed on campus? (Or, you do not know, and direct me to USC counsel Andres Meyer, who you previously told me not to contact)


On Fri, Aug 2, 2019 at 11:44 PM Fogelman, James P. <JFogelman@gibsondunn.com> wrote:
I am not going to provide you advice. I still have no idea what you are talking about. If this is some new way of asking whether anyone is "blocking" you from calling the police, all I can do is reiterate that we have nothing to do with it and are not "blocking" such a call or standing in your way. I have nothing further to add.

**James P. Fogelman**

## GIBSON DUNN

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197
Tel +1 213.229.7234 • Fax +1 213.229.6234
JFogelman@gibsondunn.com • www.gibsondunn.com

Cook, Teresa                                                    Dismiss 2006

| | |
|---|---|
| From: | ERASInvestigations [erasinvestigations@aamc.org] |
| Sent: | Tuesday, April 10, 2012 12:02 PM |
| To: | Cook, Teresa |
| Subject: | AAMC-ERAS INVESTIGATION INFORMATION REQUEST-JEFFREY DAVID ISAACS |
| Attachments: | ISAACSCERTIFIEDELECSIGNATUREREDACTED.pdf |

Greetings Ms. Cook,

I am the Administrative specialist for ERAS-the Electronic Residency Application Service; a service that transmits residency applications, fellowship applications and supporting credentials from applicants and medical schools to fellowship, osteopathic internship, and residency programs using the Internet in the United States. Additionally, ERAS is committed to supporting a high standard of integrity throughout the application process for residency and fellowship positions. Unethical behavior is strongly discouraged and will be thoroughly investigated and addressed appropriately.

Applicants are required to certify that the information provided in their application is complete and accurate. Further, that false or missing information may result in an investigation by the AAMC, with the policy accessible for their viewing.

ERAS received notification that Jeffrey David Isaacs served as a medical student at the Keck School of Medicine University of Southern California from August 2005 to February 2006. If, Dr. Isaacs attended for the period stated, this information was omitted from his application. Thereby, failing to provide complete, timely and accurate information as certified through his submission to ERAS. A copy of Dr. Isaacs' electronic certification is attached for your viewing.
Any written information you can provide regarding Dr. Isaacs' attendance with Keck School of Medicine is appreciated. Your response may be sent to ERASInvestigations@aamc.org.

Thank you in advance for your time and attention in this matter.

Warm regards,
Rochelle Campbell
ERAS Administrative Specialist
Association of American Medical Colleges
2450 N Street NW
Washington, DC 20037
202 828-0508
rcampbell@aamc.org

Gmail - Re: Please                                                                      8/4/19, 5:30 PM



## Re: Please

**Fogelman, James P.** <JFogelman@gibsondunn.com>                    Sat, Aug 3, 2019 at 3:22 PM
To: "Jeffrey D. Isaacs" <jeffrey.isaacs.wg03@wharton.upenn.edu>
Cc: "Ryzewska, Kat" <KRyzewska@gibsondunn.com>

This is now just getting ridiculous. When was the last time you reviewed the settlement agreement you executed in 2008? Section 2 of that agreement expressly states that your affiliation with USC is over forever and that you will never apply to USC again. You have already breached the settlement agreement by filing your lawsuit against USC. USC is entitled to collect its attorneys fees from you as a result of that breach. And now you want to breach your agreement again by filing an application with USC? And threatening to trespass on the USC campus to boot? You should really consult your lawyer about these matters. But this firm will not be responding to any more of your emails unless it is required by court rules. JPF

**James P. Fogelman**

## GIBSON DUNN

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197
Tel +1 213.229.7234 • Fax +1 213.229.6234
JFogelman@gibsondunn.com • www.gibsondunn.com

On Aug 3, 2019, at 11:32 AM, Jeffrey D. Isaacs <jeffrey.isaacs.wg03@wharton.upenn.edu> wrote:

[External Email]

provide an answer within two business days as to how I may ascertain from the registrar my current academic status (i.e. acquitted/sealed/annulled/discharged charges)?

>>Additionally, what I would like the registrar to clarify, within 5 business days, whether my student records have been sealed, acquitted, dismissed, and annulled.
May I go directly to the registrar's office, or will your firm, or Andreas, handle this?

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

Gmail - Re: 7-3 overdue                                                                                    8/25/19, 2:52 AM

 Gmail

## Re: 7-3 overdue

**Fogelman, James P.** <JFogelman@gibsondunn.com>                              Tue, Aug 20, 2019 at 7:56 AM
To: "Jeffrey D. Isaacs" <jeffrey.isaacs.wg03@wharton.upenn.edu>
Cc: "Ryzewska, Kat" <KRyzewska@gibsondunn.com>, Keith <keith@aaone.law>, "Mader, Shannon" <SMader@gibsondunn.com>

Your emails are nothing but intentional harassment and will not be tolerated. You should seek the advice of an attorney before you proceed any further. JPF

**James P. Fogelman**

## GIBSON DUNN

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197
Tel +1 213.229.7234 • Fax +1 213.229.6234
JFogelman@gibsondunn.com • www.gibsondunn.com


On Aug 20, 2019, at 1:53 AM, Jeffrey D. Isaacs <jeffrey.isaacs.wg03@wharton.upenn.edu> wrote:

[External Email]

Attorney Fogelman:
I understand from your filing today that you did receive my request for a 7-3 conference, and have not answered me. Please advise when you are able to meet & confer on this matter, or if you are refusing.

Thank you
Jeffrey Isaacs

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.