WILLIAM D. PANDOLPH, (*pro hac vice*)
**SULLOWAY & HOLLIS, PLLC**
9 Capitol Street
Concord, New Hampshire 03301
Telephone: (603) 223-2800
Email: wpandolph@sulloway.com

KANIKA CORLEY (SBN 223607)
**AKERMAN LLP**
601 West Fifth Street, Suite 300
Los Angeles, California 90071
Telephone: (213) 688-9500
Facsimile: (213) 627-6342
Email: kanika.corley@akerman.com

Attorneys for Defendant
Dartmouth Hitchcock Medical Center

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. JEFFREY ISAACS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>USC KECK SCHOOL OF MEDICINE, GEISEL SCHOOL OF MEDICINE AT DARTMOUTH, DARTMOUTH HITCHCOCK MEDICAL CENTER, NH BOARD OF MEDICINE, GIBSON DUNN & CRUTCHER LLP, AND JOHN OR JANE DOE,<br><br>　　　　Defendants. | Case No. 2:19-CV-08000-DSF-RAO<br><br>**DEFENDANT DARTMOUTH HITCHCOCK MEDICAL CENTER'S NOTICE OF PLAINTIFF'S FAILURE TO FILE OPPOSITION TO DHMC's MOTION TO DISMISS AMENDED COMPLAINT**<br><br>Date:　　　February 3, 2020<br>Time:　　　1:30 PM<br>Location:　Courtroom 7D<br>Judge:　　Hon. Dale S. Fischer |

1

51661937;1

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** there has been no written opposition filed or served by any party to this action in opposition to defendant Dartmouth Hitchcock Medical Center's ("DHMC") Motion to Dismiss Plaintiff's Amended Complaint filed against plaintiff Dr. Jeffrey Isaacs (ECF No. 58).

DHMC filed its motion to dismiss plaintiff's amended complaint on October 30, 2019 (ECF No. 58). DHMC's motion is set for hearing on February 3, 2020. DHMC served all parties that have appeared in the case electronically through the court's electronic filing service. This is sufficient notice pursuant to Local Rule 6-1 (requiring notice 28 days before the hearing if served electronically, and 31 days if served by mail).

Pursuant to Order on Stipulation to Consolidate Motion Hearings and Briefing Schedule, the deadline to file an opposition to DHMC's motion to dismiss was January 13, 2020. (ECF No. 71) As of the time of this filing, DHMC has not received any service of any opposition, nor has DHMC received any notification that any opposition was filed by any party.

Local Rule 7-12 provides, in pertinent part, "[t]he failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion". See CD CA Rule 7-12. Dismissals based on this or similar local rules have been upheld by some courts. (*See Ghazali v. Moran* (9th Cir. 1995) 46 F3d 52, 53-54; *see also Fox v. American Airlines, Inc.* (DC Cir. 2004) 389 F3d 1291, 1295—court not required to provide notice before enforcing local rule; *ITI Holdings, Inc. v. Odom* (1st Cir. 2006) 468 F3d 17, 18-19; *Goldberg v. Danaher* (2nd Cir. 2010) 599 F3d 181, 182—court relying on rule obligated to determine if pleading contains sufficient allegations to deny motion to dismiss)

/ / /

/ / /

/ / /

51661937;1

Accordingly, DHMC respectfully requests that the Court grants its motion to dismiss the amended complaint on the ground that no party has filed or served any opposing papers, as well as the grounds set forth in DHMC's moving papers.

DATED: January 17, 2020

Respectfully submitted,

**AKERMAN LLP**

By: */s/ Kanika D. Corley*
Kanika D. Corley
Attorneys for Defendant
DARTMOUTH HITCHCOCK MEDICAL CENTER

William D. Pandolph, *admitted pro hac vice*
**SULLOWAY & HOLLIS, P.L.L.C.**
wpandolph@sulloway.com
9 Capitol Street
Concord, NH 03301

51661937;1