JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. JEFFREY ISAACS, <br>     Plaintiff, <br><br> v. <br><br> DARTMOUTH HITCHCOCK MEDICAL CENTER, et al., <br>     Defendants. | CV 19-8000 DSF (RAOx) <br><br> JUDGMENT |

    The Court having dismissed all Defendants,

    IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed with prejudice, and that Defendants recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: 2-3-2020                  _____
                                                    Dale S. Fischer <br>
                                                    United States District Judge