Associated Attorneys of New England
Keith Mathews, Esq.
*Admitted Pro Hac Vice*
1000 Elm Street, Suite 803
Manchester, NH 03101
Tel: (603) 622-8100
Keith@aaone.law

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DR. JEFFREY ISAACS | )<br>)<br>) |
| Plaintiff, | ) Case 2:19-CV-08000-DSF-RAO<br>) |
| vs. | )<br>) |
| DARTMOUTH HITCHCOCK MEDICAL CENTER<br>GEISEL SCHOOL OF MEDICINE AT DARTMOUTH<br>USC KECK SCHOOL OF MEDICINE<br>NH BOARD OF MEDICINE;<br>GIBSON DUNN & CRUTCHER | )<br>)<br>)<br>)<br>)<br>) |
| and JOHN or JANE DOE, | )<br>) |
| Defendants. | )<br>)<br>)<br>) |

## **WITHDRAWAL OF PLEADING**

Plaintiff, Jeffrey Isaacs, M.D., respectfully requests the Honorable Court withdraw the Notice of Non- Opposition filed at document 90, to be replaced with the pleading contemporaneously filed under the same name.

Respectfully submitted, this 14th day of February, 2020.

/s/ Keith Mathews
Keith Mathews
NH Bar No. 20997
Associated Attorneys of New England
587 Union Street
Manchester, NH 03104
Ph. 603-622-8100
keith@aaone.law

**CERTIFICATE OF SERVICE**

I, Keith Mathews, do declare as follows:

I certify that a copy of the foregoing was delivered electronically to counsel for the Defendants with counsel, and emailed to those without known counsel.

Executed on this 14th day of February, 2020.

                         /s/ Keith Mathews
                         Keith Mathews
                         Attorney for Plaintiff