James P. Fogelman, SBN 161584
Shannon E. Mader, SBN 235271
Katarzyna Ryzewska, SBN 300386
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520
JFogelman@gibsondunn.com
SMader@gibsondunn.com
KRyzewska@gibsondunn.com

Attorneys for Defendant
Gibson, Dunn & Crutcher, LLP

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. JEFFREY ISAACS,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>USC KECK SCHOOL OF MEDICINE. GIESEL SCHOOL OF MEDICINE AT DARTMOUTH, DARTMOUTH HITCHCOCK MEDICAL CENTER, NH BOARD OF MEDICINE, GIBSON, DUNN & CRUTCHER, LLP and JOHN or JANE DOE,<br><br>　　　　　　Defendants. | CASE NO. 2:19-CV-08000-DSF-RAO<br><br>**DECLARATION OF KATARZYNA RYZEWSKA IN SUPPORT OF DEFENDANT GIBSON, DUNN & CRUTCHER, LLP'S BILL OF COSTS**<br><br>Judge:　　Hon. Dale S. Fischer |

# DECLARATION OF KATARZYNA RYZEWSKA

I, Katarzyna Ryzewska, declare:

1. I am an attorney duly admitted to practice before this Court. I am an attorney with the law firm of Gibson, Dunn & Crutcher, LLP, and counsel of record for defendants Gibson, Dunn & Crutcher, LLP ("Gibson Dunn") and USC Keck School of Medicine ("USC") in the above-captioned matter (the "Action"). I am submitting this declaration in support of Gibson Dunn's Bill of Costs. I have personal knowledge of the matters stated herein and if called to testify to such matters would and could do so.

2. On February 3, 2020, the Honorable Judge Dale S. Fischer issued an order and judgment dismissing this Action with prejudice and providing that Defendants may recover their costs of suit pursuant in accordance with 28 U.S.C. § 1920 and Civil Local Rule 54-3. ECF 94.

3. I have reviewed Gibson Dunn's Bill of Costs for the costs submitted herewith. The costs included in Gibson Dunn's Bill of Costs are correctly stated, were necessarily incurred in this action, are allowable by law, and the services for which fees have been charged were actually and necessarily performed. Further, the costs in Gibson Dunn's Bill of Costs are fairly attributable to the defense of claims asserted in this litigation and are recoverable by Gibson Dunn under 28 U.S.C. § 1920, Civil Local Rule 54-3, and relevant case law. Gibson Dunn has excluded costs that are not recoverable in the supporting documents submitted with this declaration.

4. With regard to "Certification, Exemplification and Reproduction of Documents" under Local Rule 54-3.10, Gibson Dunn seeks costs incurred for the preparation and delivery of Mandatory Chamber Copies required by the Court in the Court's Standing Order, Section 3(b). A table itemizing the costs incurred by Gibson Dunn in the preparation of Chamber Copies is attached hereto as **Exhibit A**.

5. In sum, Gibson Dunn seeks to recover a total of $513.40 in costs and expenses incurred in the defense of this Action.

I declare under penalty of perjury and under the laws of the United States of America that the foregoing is true and correct. I have executed this declaration in Los Angeles, California on February 18, 2020.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Katarzyna Ryzewska

Case 2:19-cv-08000-DSF-RAO   Document 97-1   Filed 02/18/20   Page 4 of 7   Page ID #:2513

Isaacs v. Dartmouth Hitchcock Medical Center, et al.
Gibson Dunn List of Costs

| Date | Timekeeper Name | Base Amt | Narrative |
|---|---|---|---|
| 10/8/2019 | Battis, Becky | $22.91 | VENDOR: FIRST LEGAL NETWORK, LLC INVOICE#: FLC-20191015 DATE: 10/15/2019  Job Date 10/08/2019 Control No 4149239 From: GIBSON DUNN & CRUTCHER (L)-LA, LOS ANGELES, CA   To: UNITED STATES DISTRICT COURT,LOS ANGELES, CA   Atty: K RYZEWSKA - PLEASE DELIVER COURTESY CPY TO JDGE FISCHER BY 12 NOON |
| 10/18/2019 | Battis, Becky | $34.12 | VENDOR: FIRST LEGAL NETWORK, LLC INVOICE#: FLC-20191023 DATE: 10/23/2019  Job Date 10/18/2019 Control No 4162197 From: GIBSON DUNN & CRUTCHER (L)-LA, LOS ANGELES, CA   To: UNITED STATES DISTRICT COURT,LOS ANGELES, CA   Atty: K RYZEWSKA - PLEASE DELIVER COURTESY CPY TO JDGE FISCHER BY 12 NOON |
| 10/28/2019 | Battis, Becky | $22.91 | VENDOR: FIRST LEGAL NETWORK, LLC INVOICE#: FLC-20191031 DATE: 10/31/2019  Job Date 10/28/2019 Control No 4172113 From: GIBSON DUNN & CRUTCHER (L)-LA, LOS ANGELES, CA   To: UNITED STATES DISTRICT COURT,LOS ANGELES, CA   Atty: K RYZEWSKA - PLEASE DELIVER COURTESY CPY TO JDGE FISCHER BY 12 NOON |
| 10/31/2019 | Battis, Becky | $34.12 | VENDOR: FIRST LEGAL NETWORK, LLC INVOICE#: FLC-20191031 DATE: 10/31/2019  Job Date 10/31/2019 Control No 4177727 From: GIBSON DUNN & CRUTCHER (L)-LA, LOS ANGELES, CA   To: UNITED STATES DISTRICT COURT,LOS ANGELES, CA   Atty: K RYZEWSKA - PLEASE DELIVER COURTESY CPY TO JDGE FISCHER RIGHT AWAY |
| 11/4/2019 | | $0.80 | In House Duplication Charge via Equitrac - 11/04/2019 |
| 11/4/2019 | | $2.10 | In House Duplication Charge via Equitrac - 11/04/2019 |
| 11/4/2019 | | $0.90 | In House Duplication Charge via Equitrac - 11/04/2019 |
| 11/4/2019 | | $0.60 | In House Duplication Charge via Equitrac - 11/04/2019 |
| 11/4/2019 | | $3.60 | In House Duplication Charge via Equitrac - 11/04/2019 |
| 11/4/2019 | | $0.20 | In House Duplication Charge via Equitrac - 11/04/2019 |
| 11/4/2019 | | $1.10 | In House Duplication Charge via Equitrac - 11/04/2019 |
| 11/4/2019 | | $0.50 | In House Duplication Charge via Equitrac - 11/04/2019 |
| 11/4/2019 | | $0.60 | In House Duplication Charge via Equitrac - 11/04/2019 |
| 11/4/2019 | | $0.20 | In House Duplication Charge via Equitrac - 11/04/2019 |
| 11/4/2019 | | $0.50 | In House Duplication Charge via Equitrac - 11/04/2019 |
| 11/4/2019 | | $0.80 | In House Duplication Charge via Equitrac - 11/04/2019 |
| 11/4/2019 | | $1.40 | In House Duplication Charge via Equitrac - 11/04/2019 |
| 11/4/2019 | | $0.30 | In House Duplication Charge via Equitrac - 11/04/2019 |
| 11/4/2019 | | $0.20 | In House Duplication Charge via Equitrac - 11/04/2019 |
| 11/4/2019 | | $1.00 | In House Duplication Charge via Equitrac - 11/04/2019 |

Gibson Dunn List of Costs

| Date | Timekeeper Name | Base Amt | Narrative |
|---|---|---|---|
| 11/4/2019 | | $0.20 | In House Duplication Charge via Equitrac - 11/04/2019 |
| 11/4/2019 | | $0.50 | In House Duplication Charge via Equitrac - 11/04/2019 |
| 11/4/2019 | | $0.80 | In House Duplication Charge via Equitrac - 11/04/2019 |
| 11/4/2019 | | $0.60 | In House Duplication Charge via Equitrac - 11/04/2019 |
| 11/4/2019 | | $0.60 | In House Duplication Charge via Equitrac - 11/04/2019 |
| 11/4/2019 | | $1.40 | In House Duplication Charge via Equitrac - 11/04/2019 |
| 11/4/2019 | | $1.00 | In House Duplication Charge via Equitrac - 11/04/2019 |
| 11/4/2019 | | $0.20 | In House Duplication Charge via Equitrac - 11/04/2019 |
| 11/4/2019 | | $0.30 | In House Duplication Charge via Equitrac - 11/04/2019 |
| 11/4/2019 | | $0.40 | In House Duplication Charge via Equitrac - 11/04/2019 |
| 11/4/2019 | | $0.60 | In House Duplication Charge via Equitrac - 11/04/2019 |
| 11/4/2019 | | $0.60 | In House Duplication Charge via Equitrac - 11/04/2019 |
| 11/4/2019 | | $1.40 | In House Duplication Charge via Equitrac - 11/04/2019 |
| 11/4/2019 | | $0.60 | In House Duplication Charge via Equitrac - 11/04/2019 |
| 11/4/2019 | | $0.50 | In House Duplication Charge via Equitrac - 11/04/2019 |
| 11/4/2019 | | $0.20 | In House Duplication Charge via Equitrac - 11/04/2019 |
| 11/4/2019 | | $4.90 | In House Duplication Charge via Equitrac - 11/04/2019 |
| 11/4/2019 | | $2.40 | In House Duplication Charge via Equitrac - 11/04/2019 |
| 11/4/2019 | | $0.10 | In House Duplication Charge via Equitrac - 11/04/2019 |
| 11/4/2019 | | $0.40 | In House Duplication Charge via Equitrac - 11/04/2019 |
| 11/4/2019 | | $0.40 | In House Duplication Charge via Equitrac - 11/04/2019 |
| 11/4/2019 | | $0.20 | In House Duplication Charge via Equitrac - 11/04/2019 |
| 11/4/2019 | | $0.20 | In House Duplication Charge via Equitrac - 11/04/2019 |
| 11/4/2019 | | $0.20 | In House Duplication Charge via Equitrac - 11/04/2019 |
| 11/4/2019 | | $0.10 | In House Duplication Charge via Equitrac - 11/04/2019 |
| 11/4/2019 | | $0.20 | In House Duplication Charge via Equitrac - 11/04/2019 |
| 11/4/2019 | | $0.20 | In House Duplication Charge via Equitrac - 11/04/2019 |
| 11/4/2019 | | $0.40 | In House Duplication Charge via Equitrac - 11/04/2019 |
| 11/4/2019 | | $0.60 | In House Duplication Charge via Equitrac - 11/04/2019 |
| 11/4/2019 | | $0.80 | In House Duplication Charge via Equitrac - 11/04/2019 |
| 11/4/2019 | | $2.10 | In House Duplication Charge via Equitrac - 11/04/2019 |
| 11/4/2019 | | $0.90 | In House Duplication Charge via Equitrac - 11/04/2019 |

*Isaacs v. Dartmouth Hitchcock Medical Center, et al.*
Gibson Dunn List of Costs

| Date | Timekeeper Name | Base Amt | Narrative |
|---|---|---|---|
| 11/4/2019 | | $1.40 | In House Duplication Charge via Equitrac - 11/04/2019 |
| 11/4/2019 | | $0.30 | In House Duplication Charge via Equitrac - 11/04/2019 |
| 11/4/2019 | | $0.20 | In House Duplication Charge via Equitrac - 11/04/2019 |
| 11/4/2019 | | $0.20 | In House Duplication Charge via Equitrac - 11/04/2019 |
| 11/4/2019 | | $4.90 | In House Duplication Charge via Equitrac - 11/04/2019 |
| 11/4/2019 | | $2.40 | In House Duplication Charge via Equitrac - 11/04/2019 |
| 11/4/2019 | | $3.60 | In House Duplication Charge via Equitrac - 11/04/2019 |
| 11/4/2019 | | $1.10 | In House Duplication Charge via Equitrac - 11/04/2019 |
| 11/4/2019 | | $0.10 | In House Duplication Charge via Equitrac - 11/04/2019 |
| 11/4/2019 | | $0.40 | In House Duplication Charge via Equitrac - 11/04/2019 |
| 11/4/2019 | | $0.40 | In House Duplication Charge via Equitrac - 11/04/2019 |
| 11/4/2019 | | $0.20 | In House Duplication Charge via Equitrac - 11/04/2019 |
| 11/4/2019 | | $0.10 | In House Duplication Charge via Equitrac - 11/04/2019 |
| 11/4/2019 | | $0.10 | In House Duplication Charge via Equitrac - 11/04/2019 |
| 11/4/2019 | Osburn, Tamra L. | $9.10 | IN HOUSE DUPLICATION - 11/04/2019, JOB TICKET #8277, REQUESTOR: K.RYZEWSKA, 26 REGULAR TAB(S), 2 CUSTOM TAB(S), 1 D-RING-2 BINDER(S), M. LIFFMAN |
| 11/4/2019 | Battis, Becky | $169.40 | VENDOR: FIRST LEGAL NETWORK, LLC INVOICE#: FLC-20191108 DATE: 11/8/2019  Job Date 11/04/2019 Control No 4181249 From: GIBSON DUNN & CRUTCHER (L)-LA, LOS ANGELES, CA   To: USDC-LOS ANGELES,LOS ANGELES, CA   Atty: K RYZEWSKA - PLEASE DELIVER COURT ESY COPIES BEFORE NO ON TOMORROW COURTESY CPY TO JDGE |
| 11/4/2019 | Battis, Becky | $59.47 | VENDOR: FIRST LEGAL NETWORK, LLC INVOICE#: FLC-20191108 DATE: 11/8/2019  Job Date 11/04/2019 Control No 4181248 From: GIBSON DUNN & CRUTCHER (L)-LA, LOS ANGELES, CA   To: USDC-LOS ANGELES,LOS ANGELES, CA   Atty: K RYZEWSKA - EFILE |
| 11/5/2019 | | $1.40 | In House Duplication Charge via Equitrac - 11/05/2019 |
| 11/5/2019 | | $7.80 | In House Duplication Charge via Equitrac - 11/05/2019 |
| 11/5/2019 | | $5.60 | In House Duplication Charge via Equitrac - 11/05/2019 |
| 11/5/2019 | Battis, Becky | $34.12 | VENDOR: FIRST LEGAL NETWORK, LLC INVOICE#: FLC-20191108 DATE: 11/8/2019  Job Date 11/05/2019 Control No 4181924 From: GIBSON DUNN & CRUTCHER (L)-LA, LOS ANGELES, CA   To: UNITED STATES DISTRICT COURT,LOS ANGELES, CA   Atty: K RYZEWSKA - PLEASE DELIVER COURTESY CPY TO JDGE FISCHER BEFORE 12 NOON TODAY |

| Date | Timekeeper Name | Base Amt | Narrative |
|---|---|---|---|
| 11/8/2019 | Battis, Becky | $22.91 | VENDOR: FIRST LEGAL NETWORK, LLC INVOICE#: FLC-20191108 DATE: 11/8/2019  Job Date 11/08/2019  Control No 4186566 From: GIBSON DUNN & CRUTCHER (L)-LA, LOS ANGELES, CA    To: UNITED STATES DISTRICT COURT,LOS ANGELES, CA    Atty: K RYZEWSKA - PLEASE DELIVER COURTESY CPY TO JDGE FISCHER BY 12 NOON |
| 1/21/2020 | Battis, Becky | $35.34 | VENDOR: FIRST LEGAL NETWORK, LLC INVOICE#: FLC-20200123 DATE: 1/23/2020  Job Date 01/21/2020  Control No 4260492 From: GIBSON DUNN & CRUTCHER (L)-LA, LOS ANGELES, CA    To: UNITED STATES DISTRICT COURT,LOS ANGELES, CA    Atty: K RYZEWSKA - PLEASE DELIVER COURTESY CPY TO JDGE FISCHER BEFORE 12 NOON TODAY |
|  |  | $513.40 |  |