UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 07 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JEFFREY ISAACS, Dr., <br><br> Plaintiff - Appellant, <br><br> v. <br><br> USC KECK SCHOOL OF MEDICINE, <br><br> Defendant - Appellee, <br><br> and <br><br> DARTMOUTH HITCHCOCK MEDICAL CENTER; et al., <br><br> Defendants. | No. 20-55633 <br><br> D.C. No. 2:19-cv-08000-DSF-RAO <br> U.S. District Court for Central California, Los Angeles <br><br> **MANDATE** |

The judgment of this Court, entered April 22, 2021, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the appellant in the amount of $67.50.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Jessica Flores
Deputy Clerk
Ninth Circuit Rule 27-7